FILED
CLERK, U.S. DISTRICT COURT
JAN 3 1 2017
CENTRAL DISTRICT OF CALIFORNIA
BY                               DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WAYNE SPIVEY, JR., <br><br> Petitioner, <br><br> v. <br><br> NEIL McDOWELL, <br><br> Respondent. | No. CV 16-1619 PSG (FFM) <br><br> JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: 1/31/17

~~DAVID WAYNE SPIVEY, JR.~~
United States District Judge
Philip S. Gutierrez